UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>          Plaintiff,<br><br>   vs.<br><br>LARRY HISSONY, et al.,<br><br>          Defendants. | No. C 09-2787 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>          Plaintiff,<br><br>   vs.<br><br>CHAVEZ,<br><br>          Defendant. | No. C 09-2788 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

These are civil rights cases filed pro se by a prisoner incarcerated in Florence, Arizona. On the day the complaints were filed, the clerk notified plaintiff that he had not paid the filing fees or applied for leave to proceed in forma pauperis ("IFP"). Plaintiff has not responded. These cases therefore are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated: August 11, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES2787.DSM.wpd